**VAN–126** Order for Refund of Unclaimed Funds – Rev. 11/05/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Cleveland Pierce Sanders Jr
*( debtor has no known aliases )*
3305 Derbyshire Place
Raleigh, NC 27604

CASE NO.: 06–00065–5–SWH

DATE FILED: January 20, 2006

CHAPTER: 13

Angela Malloy Sanders
*( known aliases: Angela Rose Malloy Sanders )*
3305 Derbyshire Place
Raleigh, NC 27604

## ORDER FOR REFUND OF UNCLAIMED FUNDS

On November 30, 2020, an application was filed for the Claimant(s), Erika Sosa–Avila aka Erika Sosa, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $1800.00 held in unclaimed funds be made payable to Erika Sosa–Avila aka Erika Sosa and be disbursed to the payee at the following address: 847 Martin Luther King Jr. Blvd, Chapel Hill, NC 27514. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: January 5, 2021

*Stephani W. Humrickhouse*

Stephani W. Humrickhouse
United States Bankruptcy Judge